People v Scott (2024 NY Slip Op 01455)

People v Scott

2024 NY Slip Op 01455

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, BANNISTER, OGDEN, AND DELCONTE, JJ.

951 KA 22-00446

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
KENNETH R. SCOTT, JR., DEFENDANT-APPELLANT. (APPEAL NO. 1.) 

RYAN JAMES MULDOON, AUBURN, FOR DEFENDANT-APPELLANT. 
BRITTANY GROME ANTONACCI, DISTRICT ATTORNEY, AUBURN (CHRISTOPHER T. VALDINA OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered March 10, 2022. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: In these consolidated appeals, defendant appeals, in appeal No. 1, from a judgment convicting him, upon his plea of guilty, of assault in the second degree (Penal Law § 120.05 [2]). In appeal No. 2, defendant appeals from a judgment convicting him, upon his plea of guilty, of criminal possession of a weapon in the fourth degree (§ 265.01 [2]). In appeal No. 3, defendant appeals from a judgment convicting him, upon his plea of guilty, of burglary in the second degree (§ 140.25 [2]). The three pleas were entered in a single plea proceeding.
Defendant contends in these appeals that his sentences are unduly harsh and severe. We reject that contention. Defendant's plea agreement provided that all three sentences would run concurrently, and thus defendant avoided the possibility that consecutive sentences would be imposed. Under the circumstances, it cannot be said that the sentences are unduly harsh or severe (see generally People v Engert , 263 AD2d 959, 959 [4th Dept 1999], lv denied 93 NY2d 1017 [1999]).
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court